# ATTACHMENT A:

## FIELD SUPERVISOR JOB DESCRIPTION

# RABBIT EAR MANAGEMENT INC.

## JOB DESCRIPTION

**TITLE:** Field Supervisor- Tier One Projects                              **Classification:** Exempt

**Purpose of Classification:**

Supervises and coordinates the activities and personnel of assigned area to maintain security and safety of people and property. Conducts briefings and coordinates training and special assignments. Maintains schedules and shift assignments. Coordinates assignment locations. Reports to Operations Manager.

**Example of Duties:**

- Supervises the activities of contractors.
- Provides training in safety and accepted practices in field/ranch security procedures.
- Conducts briefings of pertinent information regarding safety/ security matters.
- Schedules security personnel to cover designated locations and shifts.
- Prepares payroll information and provides it to payroll.
- Checks locations and personnel regularly for needs and assessments.
- Performs minor maintenance on company equipment at locations.
- Provides supplies to security officers.
- Provides locale information to security officers. i.e. Law Enforcement, Border Patrol, Ranch Management, Company Management and Representatives contact numbers.
- Attend weekly staff meeting. Attend weekly Company meeting.
- Maintain good working relationships with Ranch Management and Company Representatives.
- Verify and maintain list of locations and pad/well number data for proper invoicing through our office.
- Recruits new contractors and assists in documentation process.
- Investigates and/or reports hazards and unusual or suspicious circumstances to Operations Manager for correction or follow-up actions.
- Reviews reports from subordinates for completeness and activity needing follow-up; provides written and oral reports to Operations Manager and Company Representatives.
- Collect and preserve location log sheets for Company.
- Lead orientation and training meetings with new gate guards on initial day of employment to ensure full understanding of Company policies and expectations, performance requirements, specific duties, required paperwork, safety practices, payroll process/timing, and proper equipment installation and care
- Meet, weekly if possible, with gate guards to evaluate performance, determine needs, answer questions, resolve issues, reinforce Company commitment to their well being, and validate operating condition of equipment
- As necessary, deliver replacement or new documents and equipment to gate location
- At least twice monthly, review safety practices with gate guards
- At least twice monthly, evaluate condition and usage of equipment to minimize potential for accidents and/or excessive wear and tear
- Communicate recurring issues, questions, and concerns raised by gate guards to the Operations Manager
- If appropriate and necessary, immediately terminate (consistent with Company and mandated policies and regulations) employees whose behavior and/or performance justifies such action
- Immediately inform the Operations Manager of requirements for personnel changes resulting from personal requests, emergencies, and other unforeseen circumstances
- Support the client invoicing process in accordance with needs to facilitate the movement of invoices through client bureaucracy
- Build and maintain relationships with client representatives responsible for validating invoices/billings
- Be alert to and inform proper Company representative of potential opportunities to expand existing and new client work

# RABBIT EAR MANAGEMENT INC.

- Serve as backup and be available to periodically prepare Company payroll documentation for third party processor
    - Serve as backup and be available to periodically prepare client invoices and temporarily fulfill the Accounting Support Expectations

### Knowledge, Skills and Abilities:

- Knowledge of supervisory practices and principles.
- Knowledge of security and law enforcement procedures and practices.
- Knowledge of company and ranch rules to be enforced by security officers.
- Skill in observing situations and decision making.
- Skill in dealing courteously with the public.
- Ability to effectively communicate.

### Minimum Qualifications:

- Four years experience as a law enforcement officer which includes one year in a lead or supervisory capacity; OR,
- Any equivalent combination of experience, training and/or education approved by Operations Manager.
- Possession of a current Texas Class C driver's license upon employment.

- Possession of Level 2 and 3 Texas Private Security License

### Acknowledgement:

Signature: _____     Date: _____

Print Name:_____