# ATTACHMENT B:

**GATE GUARD/SECURITY OFFICER SCHEDULE, WEEK OF JULY 14, 2014**

Case 5:14-cv-00193   Document 19-3   Filed in TXSD on 03/03/15   Page 2 of 4

| | 07/14/14 Monday | 07/15/14 Tuesday | 07/16/14 Wednesday | 07/17/14 Thursday | 07/18/14 Friday | 07/19/14 Saturday | 07/20/14 Sunday |
|---|---|---|---|---|---|---|---|
| Apache Day | Omar Salazar 6a-6p | Omar Salazar 6a-6p | Omar Salazar 6a-6p | Omar Salazar 6a-6p | Elias Rodriguez 6a-6p | ~~Jaime Rios 3684~~ *Hector Gonzalez* 6a-6p | ~~Jaime Rios 3684~~ *Hector Gonzalez* 6a-6p |
| Apache Night | Jessie Munoz 6p-6a | Jose Juarez 6a-6p | Roberto Fernandez 6p-6a | Roberto Fernandez 6a-6p | ~~Hector Gonzalez/3684~~ *Eddie Sanchez* 6a-6p | ~~Hector Gonzalez 3684~~ *Eddie Sanchez* 6a-6p | Ruben Gonzalez 6a-6p |
| Apache 2 Day | Donavan Franco 6a-6p | Donavan Franco 6a-6p | Donavan Franco 6a-6p | Donavan Franco 6a-6p | Jesse Munoz 6a-6p | Jesse Munoz 6a-6p | Rudy Trevino 6a-6p |
| Apache 2 Night | Edgar Aguilar 6a-6p | Edgar Aguilar 6a-6p | Edgar Aguilar 6a-6p | Edgar Aguilar 6a-6p | Frank Velasquez 6p-6a | Rudy Trevino 6p-6a | ~~Ruben Velasquez~~ *Ricardo Zapata* 6p-6a |
| Galvan #1 Day | ~~Jose L. Gaona~~ *Mark Botello* 6a-6p | Jose L. Gaona 6a-6p | Jose L. Gaona 6a-6p | Jose L. Gaona 6a-6p | Jorge Gonzalez 6a-6p | Rick Flores 6a-6p | Rick Flores 6a-6p |
| Galvan #1 Day | Raul Torres 6a-6p | Raul Torres 6a-6p | Raul Torres 6a-6p | ~~Raul Torres~~ *Ruben Gonzalez* 6a-6p | Leroy Gonzalez 6a-6p | Leroy Gonzalez 6a-6p | Leroy Gonzalez 6a-6p |
| Galvan #1 Day Training Gate | *Calvin Barton* | | 6a-6p | | *Israel Colvillo* | *Rene Garcia / Jose* | 6a-6p |
| Galvan #1 Night | Oscar Reyes 6p-6a | Oscar Reyes 6a-6p | Oscar Reyes 6a-6p | Oscar Reyes 6a-6p | Gilbert Ruiz 6a-6p | Gilbert Ruiz 6a-6p | Gilbert Ruiz 6a-6p |
| Galvan #1 Night | Yolanda Garza 6p-6a | Yolanda Garza 6a-6p | Juan Padron 6a-6p | Yolanda Garza 6a-6p | Yolanda Garza 6a-6p | Jorge Gonzalez 6a-6p | Jorge Gonzalez 6a-6p |
| Galvan #1 TC | Gilbert Ruiz 6a-6p | Oscar Reyes 6a-6p | Oscar Reyes 6a-6p | Kevin McGee 6a-6p | Kevin Mcgee 6a-6p | Gilbert Ruiz 6a-6p | xxxxxxxxxxx |
| Galvan #2 Day | Eloy Cordova 6a-6p | Eloy Cordova 6a-6p | Eloy Cordova 6a-6p | Eloy Cordova 6a-6p | Raul Torres 6a-6p | Veronica Saucedo 6a-6p | Veronica Saucedo 6a-6p |
| Galvan #2 Day | Ramiro Garcia 6a-6p | Ramiro Garcia 6a-6p | Ramiro Garcia 6a-6p | Ramiro Garcia 6a-6p | Mike Davila 6a-6p | Mike Davila 6a-6p | Mike Davila 6a-6p |
| Galvan #2 Night | Kevin McGee 6p-6a | Kevin McGee 6p-6a | Kevin Mcgee 6p-6a | Kevin McGee 6p-6a | Kevin Mcgee 6p-6a | ~~Angelina Gagliardi~~ *Imelda Cedillo* 6p-6a | Angelina Gagliardi 6p-6a |
| Galvan #2 Night | Closed | Closed | Closed | Closed | Closed | Closed | Closed |
| Galvan #3 Day | Roberto Magana 6a-6p | Roberto Magana 6a-6p | Roberto Magana 6a-6p | Roberto Magana 6a-6p | Juan Alejandro 6a-6p | Apolinar Navarro 6a-6p | Apolinar Navarro 6a-6p |
| Galvan #3 Night | Jose Saucedo 6a-6p | Jose Saucedo 6a-6p | Jose Saucedo 6a-6p | ~~Jose Saucedo~~ *Oscar Martinez* 6a-6p | Jhonathan Gonzalez 6a-6p | Jhonathan Gonzalez 6a-6p | ~~Arturo Sanchez~~ *Juan / Ade* 6a-6p |
| Briscoe #5 Day | Jose Valdes 6a-6p | Jose Valdes 6a-6p | Pat Mendoza 6a-6p | Billy Hayes 6a-6p | Charlene Alvarado 6a-6p | Jose Garcia 6a-6p | ~~Jose Garcia~~ *Eddie Sanchez* 6a-6p |
| Briscoe #5 Day | Christian Tamayo 6a-6p | Billy Hayes 6a-6p | Billy Hayes 6a-6p | Charlene Alvarado 6a-6p | Billy Hayes 6a-6p | Rene Garcia 6a-6p | ~~Rene Garcia~~ *Imelda Cedillo* 6a-6p |
| Briscoe #5 Night | Eddie Serna 6p-6a | Eddie Serna 6a-6p | Eddie Serna 6a-6p | Eddie Serna 6a-6p | Eddie Serna 6a-6p | *Calvin Barton* 6a-6p | *Calvin Barton* 6a-6p |
| Briscoe #5 Night | Orlando Teran 6p-6a | Orlando Teran 6a-6p | Orlando Teran 6a-6p | Orlando Teran 6a-6p | Martin Cantu Jr. 6a-6p | Martin Cantu Jr. 6a-6p | Martin Cantu Jr. 6a-6p |
| Briscoe #19 Day | Juan Alejandro 6a-6p | Juan Alejandro 6a-6p | Juan Alejndro 6a-6p | Juan Alejandro 6a-6p | Juan Padron 6a-6p | Jesus Abraham 6a-6p | Jesus Abraham 6a-6p |
| Briscoe #19 Day | Ricardo Navejas 6a-6p | Ricardo Navejas 6a-6p | Ricardo Navejas 6a-6p | Esequiel Navejas 6a-6p | Tanya Torres 6a-6p | ~~Tanya Torres~~ *Juan Alejndro* 6a-6p | Tanya Torres 6a-6p |
| Briscoe #19 Night | ~~Melissa Lopez~~ *Lee Rosales* 6a-6p | Luis Sanchez Jr. 6a-6p | Luis Sanchez Jr 6a-6p | Luis Sanchez Jr 6a-6p | Cesar Sierra 6a-6p | Cesar Sierra 6a-6p | ~~Cesar Sierra~~ *Only one officer* 6a-6p |
| Briscoe #19 Night | Frank Velasquez 6a-6p | Frank Velasquez 6a-6p | Frank Veasquez 6a-6p | Jesus Abraham 6a-6p | Jesus Perez 6a-6p | Jesus Perez 6a-6p | Jesus Perez 6a-6p |
| Rocking H Day | Robert Fernandez 6a-6p | Robert Fernandez 6a-6p | Christian Tamayo 6a-6p | Christian Tamayo 6a-6p | Christian Tamayo 6a-6p | Hector Gonzalez 7155 6a-6p | Hector Gonzalez 7155 6a-6p |
| Rocking H | Santiago Montoya 6a-6p | Santiago Montoya 6a-6p | Santiago Montoya 6a-6p | Tanya Torres 6a-6p | Lidia Segura 6a-6p | Lidia Segura 6a-6p | Lidia Segura 6a-6p |

*S M Energy*

*Add 2nd officer — Back Roads*

| Location / Shift | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rocking H / Night | Jaime Velasquez 6p-6a | Jaime Velasquez 6p-6a | Jaime Velasquez 6p-6a | Santiago Montoya 6p-6a | Griselda Ortega 6p-6a | Griselda Ortega 6p-6a | Yolanda Garza 6p-6a |
| Rocking H / Night | Danny Vasquez 6p-6a | Danny Vasquez 6p-6a (Juan Jep-6a Hdz.) | Danny Vasquez 6p-6a | Danny Vasquez 6p-6a | Rogelio Soto 6p-6a | Angel Houston 6p-6a | Rogelio Soto 6p-6a |
| Espada / Day | Juan Ventura 6a-6p | Juan Ventura 6a-6p | Juan Ventura 6a-6p | Juan Ventura 6a-6p | Ruben Gonzalez 6a-6p | Ruben Gonzalez 6a-6p | Ruben Gonzalez 6a-6p |
| Espada / Night | Arturo Sanchez 6p-6a | Arturo Sanchez 6p-6a | Arturo Sanchez 6p-6a | Jorge Muniz 6p-6a | Jorge Muniz 6p-6a | Jorge Muniz 6p-6a | Jorge Muniz 6p-6a |
| Espada / Day | Closed 6a-6p | Closed 6a-6p | Closed 6a-6p | Closed 6a-6p | Closed 6a-6p | Closed 6a-6p | Closed 6a-6p |
| Espada / Night | Closed 6p-6a | Closed 6p-6a | Closed 6p-6a | Closed 6p-6a | Closed 6p-6a | Closed 6p-6a | Closed 6p-6a |
| Bella Vista 1 / Day | Bob Wolford 6a-6p | Bob Wolford 6a-6p | Bob Wolford 6a-6p | Bob Wolford 6a-6p (Raul Torres) | Norma Betancourt 6a-6p (Incella Cedillo) | Mayra Montalvo 6a-6p | Mayra Montalvo 6a-6p |
| Bella Vista 1 / Day | Closed 6a-6p | Closed 6a-6p | Closed 6a-6p | Closed 6a-6p | Closed 6a-6p | Closed 6a-6p | Closed 6a-6p |
| Bella Vista 1 / Night | Closed 6p-6a | Closed 6p-6a | Closed 6p-6a | Closed 6p-6a | Closed 6p-6a | Closed 6p-6a | Closed 6p-6a |
| Bella Vista 1 / Night | Israel Calvillo 6p-6a | Israel Calvillo 6p-6a | Israel Calvillo 6p-6a | Israel Calvillo 6p-6a (Ernesto Del Rio) | Ernesto Del Rio 6p-6a | Ernesto Del Rio 6p-6a | Ernesto Del Rio 6p-6a |
| Bella Vista 2 / Day | Incella Cedillo 6a-6p | Incella Cedillo 6a-6p | Incella Cedillo 6a-6p (Norma Betancourt) | Incella Cedillo 6a-6p | Angel Leija 6a-6p | Angel Leija 6a-6p | Angel Leija 6a-6p |
| Bella Vista 2 / Night | Jose Suarez 6p-6a (Martin Santos) | Jose Suarez 6p-6a | Jose Suarez 6p-6a | Gilbert Ruiz 6p-6a | Emanuel Balderas 6p-6a | Emanuel Balderas 6p-6a | Emanuel Balderas 6p-6a |
| Bolt Facility / Day | Norma Betancourt 6a-6p | Larry Washington 6a-6p | Larry Washington 6a-6p | Larry Washington 6a-6p | Larry Washington 6a-6p | Charlene Alvarado 6a-6p | Charlene Alvarado 6a-6p |
| Bolt Facility / Night | Sergio Calvillo 6p-6a | Sergio Calvillo 6p-6a | Sergio Calvillo 6p-6a | Sergio Calvillo 6p-6a (Juan Jep-6a Hdz.) | Juan Hernandez 6p-6a | Juan Hernandez 6p-6a | Juan Hernandez 6p-6a (Angel 6p-6a Leija) |
| Briscoe AR 15 16 17 / Day | Fernando Hernandez 6a-6p (Luis Sanchez Jr.) | Fernando Hernandez 6a-6p | Fernando Hernandez 6a-6p | Fernando Hernandez 6a-6p (Rene Garcia) | Fernando Limon 6a-6p (Oscar Mtz.) | Fernando Limon 6a-6p (Oscar Mtz.) | Fernando Limon 6a-6p |
| Briscoe AR 15 16 17 / Night | Jesse Gonzalez 6p-6a | Jesse Gonzalez 6p-6a | Jesse Gonzalez 6p-6a | Jesse Gonzalez 6p-6a | Jose Juarez 6p-6a | Jose Juarez 6p-6a | Jose Juarez 6p-6a |
| San Ambrosia Pit 1 / Day | Elias Rodriguez 6a-6p (Fernando Limon) | Elias Rodriguez 6a-6p | Martin Martinez 6a-6p | Fernando Limon 6a-6p | Oscar Martinez 6a-6p (Lee Rdz.) | Pete Venegas 6a-6p (Lee Rdz.) | Pete Venegas 6a-6p |
| San Ambrosia Pit 1 / Night | Rolando Muniz 6p-6a | Rolando Muniz 6p-6a | Rolando Munia 6p-6a | Rolando Muniz 6p-6a | Aldo Escamilla 6p-6a | Aldo Escamilla 6p-6a | Oscar Martinez 6p-6a (Griselda Ortega) |
| Briscoe 7 1/2 / Day | Virginia Avila 6a-6p | Virginia Avila 6a-6p | Melissa Lopez 6a-6p | Virginia Avila 6a-6p | Virginia Avila 6a-6p | Jerry Chacon 6a-6p | Jerry Chacon 6a-6p |
| Briscoe 7 1/2 / Night | Victor Ibarra 6p-6a | Victor Ibarra 6p-6a | Victor Ibarra 6p-6a | Victor Ibarra 6p-6a | Esequid Navejas 6p-6a | Ricardo Navejas 6p-6a (Esequiel Navejas) | Melissa Lopez 6p-6a |
| Briscoe 123 / Day | Closed 6a-6p | Closed 6a-6p | Closed 6a-6p | Closed 6a-6p | Closed 6a-6p | Closed 6a-6p | Closed 6a-6p |
| Briscoe 123 / Night | Closed 6p-6a | Closed 6p-6a | Closed 6p-6a | Closed 6p-6a | Closed 6p-6a | Closed 6p-6a | Closed 6p-6a |
| Galvan 1H / Day | Marco Torres 6a-6p | Marco Torres 6a-6p | Marco Torres 6a-6p | Marco Torres 6a-6p | Jose De La Garza 6a-6p (Julio Rdz.) | Jose De La Garza 6a-6p (Julio Rdz.) | Arturo De La Garza 6a-6p |
| Galvan 1H / Night | Gary Hobbs 6p-6a | Gary Hobbs 6p-6a (Elías Oscar Martinez Rdz.) | Lee Reyna 6p-6a (Rosa Reyna) | Lee Reyna 6p-6a (Juan Ventura) | Lee Reyna 6p-6a (Juan Ventura) | Lee Reyna 6p-6a (Marco Torres) |
| Watson 5H / Day | Closed 6a-6p | Closed 6a-6p | Closed 6a-6p | Closed 6a-6p | Closed 6a-6p | Closed 6a-6p | Closed 6a-6p |
| Watson 5H / Night | Closed 6p-6a | Closed 6p-6a | Closed 6p-6a | Closed 6p-6a | Closed 6p-6a | Closed 6p-6a | Closed 6p-6a |
| Briscoe AR 345 / Day | Martin Martinez 6a-6p | Martin Martinez 6a-6p | Jose Valdez 6a-6p | Ricardo Zapata 6a-6p | Ricardo Zapata 6a-6p | Ricardo Zapata 6a-6p | Ricardo Zapata 6a-6p |

*Rosa Reyna worked*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Briscoe AR 345 | Rosa Reyna ✓ | Rosa Reyna ✓ | Rosa Reyna ✓ | Arturo Sanchez | Donavan Franco ✓ | Donavan Franco ✓ | ~~Martin Martinez~~ ✓ |
| Night | 6p-6a | 6p-6a | 6p-6a | 6p-6a | 6p-6a | 6p-6a | *Cesar* 6p-6a *Sierra* |
| San Ambrosia Pit 2 | ~~Robert Prentiss~~ | ~~Robert Prentiss~~ | Robert Prentiss | Robert Prentiss | ~~Tom Bowles~~ | ~~Tom Bowles~~ | ~~Tom Bowles~~ |
| Day | *Lee Roy* 6a-6p *Rosales* ✓ | *Lee Roy* 6a-6p *Rosales* ✓ | *Elias* 6a-6p *Rdz* ✓ | *Elias* 6a-6p *Rdz* ✓ | *Alberto* 6a-6p *Rosales* | *Alberto* 6a-6p *Rosales* | *Alberto* 6a-6p *Rosales* ✓ |
| San Ambrosia Pit 2 | Juan Padron | Juan Padron | Lee Roy Rosales | Lee Roy Rosales | Lee Roy Rosales | ~~Lee Roy Rosales~~ | Rosa Reyna ✓ |
| Night | 6p-6a | 6p-6a | 6p-6a | 6p-6a | 6p-6a | *Melissa* 6p-6a *Lopez* | 6p-6a |
| Briscoe BL-15 | Closed | Closed | Closed | Closed | Closed | Closed | Closed |
| Day | 6a-6p | 6a-6p | 6a-6p | 6a-6p | 6a-6p | 6a-6p | 6a-6p |
| Briscoe BL-15 | Closed | Closed | Closed | Closed | Closed | Closed | Closed |
| Night | 6p-6a | 6p-6a | 6p-6a | 6p-6a | 6p-6a | 6p-6a | 6p-6a |