**EXHIBIT 4:**

PROPOSED CONSENT TO BECOME PARTY PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| JOSE MONTES, JR., ON BEHALF OF § <br> HIMSELF AND ALL OTHERS § <br> SIMILARLY SITUATED, § <br> § <br> *Plaintiffs,* § <br> § <br> V. § <br> § <br> TIMEKEEPERS, INC., TIER ONE SECURITY,§ <br> INC., RABBIT EAR MANAGEMENT, INC., § <br> AND SHAWN FLUITT, § <br> § <br> *Defendants.* § | Civ. No. 5:14-cv-193 |

**CONSENT TO BECOME PARTY PLAINTIFF**

    I hereby consent to be a party plaintiff in a lawsuit against Timekeepers, Inc., Tier One Security, Inc., Rabbit Ear Management, Inc., and Shawn R. Fluitt (collectively, "Defendants") in order to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. §216(b).

    By signing and returning this consent form, I designate the above-named Plaintiff and his attorneys (and other persons those individuals designate as necessary) as my representatives to make all decisions on my behalf, to the extent permitted by law, concerning the method and manner of conducting the case including entering into a settlement agreement, the entering of an agreement with Plaintiff's counsel regarding payment of attorneys' fees, expenses, and court costs, and all other matters pertaining to this lawsuit. These decisions and agreements, made and entered into by the Representative Plaintiff will be binding on me if I file this consent.

    I further acknowledge that this consent is intended to be filed to recover my unpaid wages and overtime wages against Defendants whether in the above-captioned action or in any subsequent action that may be filed on my behalf for such recovery, and this consent may be used in this case or in any subsequent case as necessary.

    I understand that the Representative Plaintiff has entered into a Contingency Fee Agreement with the The Morales Firm, P.C. I hereby consent and agree to be bound by the decisions of such Representative Plaintiff for all purposes related this Fair Labor Standards Act litigation, including the Contingency Fee Agreement. For purposes of pursuing my unpaid wages and overtime claims, I choose to be represented by said attorneys and any other attorneys with whom they may associate.

By choosing to file this consent, I understand that I will be bound by the judgment, whether it is favorable or unfavorable. I will also be bound by, and will share in, as the Court may direct, any settlement that may be negotiated on behalf of all plaintiffs.

I acknowledge and understand that if I do not file this consent, I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Representative Plaintiff, and I will not be entitled to share in any amounts recovered by the Representative Plaintiffs, whether by judgment, settlement, or otherwise.

I hereby consent to become a party plaintiff in this lawsuit.

_____
PRINTED NAME

_____
SIGNATURE DATE

_____
PHONE NUMBER