UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JOSE MONTES JR., | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 5:14-CV-193 |
| | § | |
| TIMEKEEPERS, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

# NOTICE OF SETTING

Take notice that a proceeding in this case has been set for the place, date and time set forth below.

**Before the Honorable Diana Song Quiroga**

**Place**: by telephone
United States Courthouse
1300 Victoria Street
Laredo, Texas 78040

**Date:** December 9, 2015

**Time:** 1:30 p.m.

**Type of Proceeding:** Status Conference

A telephone conference call shall be initiated by counsel for Plaintiff. When all of the parties are joined in the call, the parties may reach the Court at (956) 726-2242.

IT IS SO ORDERED.

SIGNED this 27th day of October, 2015.

_____
DIANA SONG QUIROGA
United States Magistrate Judge