IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JOSE MONTES, JR., ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| *Plaintiffs,* | § § | |
| V. | § § § | Civ. No. 5:14-cv-193 |
| TIMEKEEPERS, INC., TIER ONE SECURITY, INC., RABBIT EAR MANAGEMENT, INC., AND SHAWN FLUITT, | § § § § § | |
| *Defendants.* | § | |

**JOINT ADVISORY REGARDING SETTLEMENT**

Plaintiff Jose Montes, Jr., (together with the individuals who have opted into this matter) (collectively, "Plaintiffs") and Defendants Timekeepers, Inc., Tier One Security, Inc., Rabbit Ear Management, Inc., and Shawn Fluitt (collectively, "Defendants") hereby advise the Court that the parties have reached an agreement in principle. The parties anticipate that they will be able to submit a joint stipulation of dismissal with prejudice on or before January 22, 2015.

The parties also respectfully request that all remaining deadlines and court appearances, including the status conference currently scheduled for this afternoon, December 8, 2015, be vacated.

1

Respectfully submitted,

/s/ Lawrence Morales II_____
Lawrence Morales II
State Bar No. 24051077
Allison Sarah Hartry
State Bar No. 24083149
**THE MORALES FIRM, P.C.**
115 E. Travis, Suite 1530
San Antonio, Texas 78205
Telephone No. (210) 225-0811
Facsimile No. (210) 225-0821
lawrence@themoralesfirm.com
ahartry@themoralesfirm.com

*ATTORNEYS FOR PLAINTIFF*

/s/ Inez McBride
Michael L. Holland
Inez McBride
Holland & Holland, LLC
North Frost Center
1250 N.E. Loop 410, Suite 808
San Antonio, Texas 78209

David W. Navarro
Hornberger, Fuller & Garza, Inc.
The Quarry Heights Building
7373 Broadway, Suite 300
San Antonio, Texas 78209

*ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 8, 2015, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to admitted counsel of record:

Michael L. Holland
Inez McBride
Holland & Holland, LLC
North Frost Center
1250 N.E. Loop 410, Suite 808
San Antonio, Texas 78209

David W. Navarro
Hornberger, Fuller & Garza, Inc.
The Quarry Heights Building
7373 Broadway, Suite 300
San Antonio, Texas 78209

                                            /s/ Lawrence Morales II
                                            Lawrence Morales II